# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **MARIA CRISTINA NAVARRO DE REYES,** | )<br>) |
| Plaintiff, | )<br>) Case No. CV 16–8351 AJW |
| v. | )<br>) |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | ) **J U D G M E N T**<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

October 10, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge