IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, MARIA CHRISTINA NAVARRO DE REYES,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA CHRISTINA NAVARRO DE REYES,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: CV 16-8351-AJW<br><br>[PROPOSED] ORDER AWARDING EAJA FEES<br><br>ANDREW J. WISTRICH<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND ONE HUNDRED DOLLARS ($6,100.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 20, 2017

_____
ANDREW J. WISTRICH
UNITED STATES JUDGE